UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:08-CR-1-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CALVIN N. GRIFFIN, JR. | |

On motion of the Defendant, Calvin N. Griffin, Jr, and for good cause shown, it is hereby ORDERED that the **[DE 33]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 16 day of ~~September, 2015.~~ April 2018

_____
JAMES C. DEVER, III
Chief United States District Judge